# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-1047V

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
DARREL LAURETTE,

        Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Chief Special Master Corcoran

Filed: April 1, 2024

---

*Bruce W. Slane*, Law Office of Bruce W. Slane, P.C., White Plains, NY, for Petitioner.

*Camille Collett*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On July 18, 2019, Darrel Laurette filed a petition seeking compensation under the National Vaccine Injury Compensation Program (the "Vaccine Program").[2] Petitioner alleges he suffered a left Shoulder Injury Related to Vaccine Administration following receipt of an influenza vaccine on October 21, 2016. Petition (ECF No. 1) at 1. On March 25, 2024, I issued Findings of Fact and Conclusions of Law Regarding Damages, and therein determined that Petitioner was entitled to certain damages components: **$130,000.00** in actual pain and suffering, plus funds sufficient to satisfy a Medicaid lien in the amount of **$6,342.93**. *See* Findings of Fact and Conclusions of Law, dated Mar. 25, 2024 (ECF No. 129) ("Initial Findings"). I subsequently ordered Petitioner to file a statement indicating the address to which the Medicaid lien sum shall be paid. The necessary documentation has now been filed.

---

[1] Under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Decision will be available to the public in its present form. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended at 42 U.S.C. §§ 300aa-10 through 34 (2012) ("Vaccine Act" or "the Act"). Individual section references hereafter will be to § 300aa of the Act (but will omit that statutory prefix).

Accordingly, for all of the reasons discussed in the Initial Findings, and based on consideration of the record as a whole, I hereby award Petitioner the following:

(1) a lump sum payment of **$130,000.00** for actual pain and suffering, in the form of a check payable to Petitioner; and

(2) a lump sum payment of **$6,342.93**, representing compensation for satisfaction of the Medicaid lien, payable jointly to Petitioner and:

> Colorado Department of Health Care Policy and Financing
> Attn: HMS Colorado Subrogation
> 333 West Hampden Avenue, Suite 425
> Englewood, CO 80110

This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of the Court is directed to enter judgment in accordance with this Decision.[3]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.